DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAROLINE FEL and ZOHAR GAZIT,**
Appellant,

v.

**MTGLQ INVESTORS, L.P.,**
Appellee.

No. 4D19-702

[December 12, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank D. Ledee, Judge; L.T. Case No. CACE 12015890.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellant.

Nicole R. Ramirez of eXL Legal, PLLC, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***